```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

          Plaintiff,
                                      CR. NO. S-10-061 LKK
          v.

FREDERICK SCOTT SALYER,

          Defendant.
_____/
In re:

SK FOODS, L.P., a California         CIV. S-13-1363 MCE
limited partnership,

          Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

          Plaintiff,                 RELATED CASE ORDER

          v.

SEGAL & KIRBY, LLP,

          Defendant.
_____/
```

The court is in receipt of two notices that <u>Sharp v. Segal & Kirby LLP (In re SK Foods, L.P.)</u>, Civ. No. 2:13-cv-1363-MCE, is

////

related to 2:10-cr-61-LKK, 2:8-cv-3017-KJM and 2:9-cv-208-KJM.[1] Examination of the cases shows that the case is related to <u>U.S. v. Salyer</u>, 2:10-cr-61-LKK, but that it is not related to the other two cases.  Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

    Accordingly the court ORDERS as follows:

    1.  The case denominated Civ. No. 2:13-cv-1363-MCE is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:13-cv-1363-LKK.

    2.  The Clerk of the Court make shall make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

    DATED:  July 29, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] One notice was filed by Segal & Kirby LLP, as attorneys for Frederick Scott Salyer. <u>See</u> <u>U.S. v. Salyer</u>, 2:10-cv-61-LKK (ECF No. 631).  The second notice was filed by Steven S. Altman, as attorneys for Segal & Kirby LLP.  <u>See</u> <u>Sharp v. Segal & Kirby LLC (In re SK Foods, L.P.)</u>, 2:13-1363-MCE (ECF No. 202).

2