UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:

SK FOODS, L.P. a California
limited Partnership,

       Debtor,
_____/
BRADLEY D. SHARP, Chapter 11
Trustee,

       Plaintiff,

  v.

SEGAL & KIRBY, LLP,

       Defendant.
_____/

NO. CIV. S-13-1363 LKK

O R D E R

Pending before the court in the above-captioned case is an amended motion to withdraw reference, filed by defendant Segal & Kirby, LLP, currently set for hearing on September 9, 2013. (ECF Nos. 6, 9.)

For administrative reasons, the hearing will be CONTINUED until September 23, 2013 at 10:00 a.m.  The deadlines for filing an opposition to this motion (August 26, 2013) and a reply, if any

1

1  (September 3, 2013), remain unchanged.
2      IT IS SO ORDERED.
3      DATED: August 13, 2013.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT