UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRADLEY D. SHARP, Chapter 11 Trustee,

        Plaintiff,

   v.

SEGAL & KIRBY, LLP,

        Defendant.

No. CIV. S-13-1363 LKK

**ORDER**

    A status conference was held in chambers on October 28, 2013.  After hearing, the court orders as follows:

    Defendant to file a motion to dismiss in time to be heard December 9, 2013 at 10:00 a.m.  Further status to be set thereafter, if necessary.

    All matters are stayed pending disposition of the motion to dismiss.

    IT IS SO ORDERED.

    DATED: October 29, 2013.

                                      LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

1