UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRADLEY D. SHARP, Chapter 11 Trustee, | No. CIV. S-13-1363 LKK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SEGAL & KIRBY, LLP, | |
| Defendant. | |

A status conference was held in chambers on October 28, 2013.  After hearing, the court orders as follows:

Defendant to file a motion to dismiss in time to be heard December 9, 2013 at 10:00 a.m.  Further status to be set thereafter, if necessary.

All matters are stayed pending disposition of the motion to dismiss.

IT IS SO ORDERED.

DATED: October 29, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1