Gregory C. Nuti (CSBN 151754)
  gnuti@schnader.com
Michael M. Carlson (CSBN 88048)
  mcarlson@schnader.com
Valerie Bantner Peo (CSBN 260430)
  vpeo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br><br>Debtor. | **Case No. 2:13-cv-01363 GEB-KJN** |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>SEGAL & KIRBY, LLP,<br><br>Defendant. | **STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND WITHDRAWING MOTION TO DISMISS; ORDER DENYING MOTION TO STRIKE AS MOOT** |

Bradley D. Sharp (the "Plaintiff"), the duly appointed and acting chapter 11 trustee for SK Foods, L.P., a California limited partnership ("SK Foods" or "Debtor"), and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co. ("RHM"), on the one hand, and Segal & Kirby, LLP (the "Defendant"), on the other (collectively, the "Parties"), hereby stipulate and agree as follows:

///

## RECITALS

A. The Trustee commenced this action on June 3, 2013, by filing a complaint before the Bankruptcy Court for the Eastern District of California pursuant to 11 U.S.C. §§ 548 and 550 seeking to avoid and recover for the benefit of creditors certain funds the Trustee alleges were paid by the Debtor to Defendant for Scott Salyer's personal legal defense.

B. On July 1, 2013, the Trustee filed a First Amended Complaint (the "Complaint"). Defendant has not answered the Complaint.

C. On October 1, 2013, this Court entered its order withdrawing the reference to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d).

D. On October 30, 2013, this Court entered its order staying all matters pending disposition of a motion to dismiss to be filed by Defendant (the "Stay Order"). [Dkt. No. 21.]

E. On November 7, 2013, Defendant filed a motion pursuant to Rule 12(b)(6) seeking to dismiss the Complaint (the "Motion to Dismiss"). The Motion to Dismiss is currently pending before this Court.

F. On December 11, 2013, the Honorable Lawrence K. Karlton entered his order indicating that the case had been reassigned to the Honorable Garland E. Burrell, Jr. for all further proceedings. [Dkt. No. 29.]

G. Plaintiff wishes to file a further amended complaint.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree as follows (the "Stipulation"):

1. The Plaintiff shall be granted leave to file a Second Amended Complaint in the form appended hereto as <u>Exhibit 1</u> within ten (10) days of entry of the order approving the Stipulation, without prejudice to any defenses or objections Defendant may have thereto.

2. The Motion to Dismiss shall be withdrawn, without prejudice to refiling that or any other motion to dismiss.

///

///

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 941082763
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

3.  Defendant shall file its responsive pleading or bring a renewed motion to dismiss within thirty (30) days of the date the Second Amended Complaint is filed. In the event Defendants file a motion to dismiss in lieu of a responsive pleading, such motion shall be scheduled for the next available hearing date affording proper notice.

4.  The Stay Order shall remain in effect until the Defendant files a responsive pleading, or, in the event that Defendant files a motion to dismiss in lieu of a responsive pleading, until disposition of such motion, unless otherwise ordered by the court.

IT IS SO STIPULATED.

Dated: January 28, 2014    SCHNADER HARRISON SEGAL & LEWIS LLP

/s/ *Valerie Bantner Peo*
Valerie Bantner Peo
Attorneys for Bradley D. Sharp, Chapter 11
Trustee for Plaintiff SK Foods, L.P.

Dated: January 28, 2014    MENNEMEIER GLASSMAN LLP

*/s/ Kenneth C. Mennemeier*
Kenneth C. Mennemeier
Attorneys for Defendants Segal & Kirby LLP

IT IS SO ORDERED. Furthermore, in light of the Parties' stipulation, the motion to strike filed on November 25, 2013 is denied since the stipulation renders it moot.

Dated: January 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 941082763
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785