UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br><br>　　　　　Debtor.<br>_____<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>　　　　Plaintiff,<br>　　vs.<br>SEGAL & KIRBY, LLP,<br><br>　　　　Defendant. | No. 2:13-cv-01363-GEB-KJN<br><br>**ORDER** |

　　　　I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455. The clerk shall randomly reassign this case and make the appropriate adjustments.

　　　　IT IS SO ORDERED.

Dated: January 29, 2014

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　Senior United States District Judge

1